# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Clemons, DaMon J<br>Clemons, Nakeyshia L<br>Debtors | §<br>§<br>§<br>§ | Case No. 08 B 23997 |
|---|---|---|---|

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

   1)   The case was filed on 09/10/2008.

   2)   The plan was confirmed on 11/19/2008.

   3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/01/2009.

   4)   The trustee filed action to remedy default by the debtor in performance under the plan on 10/28/2009 and 06/24/2009.

   5)   The case was dismissed on 10/28/2009.

   6)   Number of months from filing or conversion to last payment: 10.

   7)   Number of months case was pending: 15.

   8)   Total value of assets abandoned by court order: (NA).

   9)   Total value of assets exempted: $13,100.00.

   10)   Amount of unsecured claims discharged without full payment: $0.

   11)   All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,600.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$4,600.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,504.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $306.02 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,810.02** |
| Attorney fees paid and disclosed by debtor      $350.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Chicago Car Credit | Secured | $6,539.00 | $6,539.00 | $6,539.00 | $395.00 | $0 |
| Credit Acceptance Corp | Secured | $8,585.00 | $6,422.09 | $6,422.09 | $394.98 | $0 |
| USA Discounters | Secured | NA | $1,300.00 | $1,300.00 | $0 | $0 |
| Account Receivables | Unsecured | $88.00 | NA | NA | $0 | $0 |
| Alliance One | Unsecured | $97.00 | $97.00 | $97.00 | $0 | $0 |
| Allied Credit | Unsecured | $55.00 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $545.00 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $148.00 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $708.00 | NA | NA | $0 | $0 |
| American Collections & Credit | Unsecured | $1,373.00 | NA | NA | $0 | $0 |
| American Collections & Credit | Unsecured | $247.00 | NA | NA | $0 | $0 |
| American Express Financial Adv | Unsecured | $3,089.00 | NA | NA | $0 | $0 |
| Arrow Financial Services | Unsecured | $596.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | NA | $3,304.19 | $3,304.19 | $0 | $0 |
| Asset Acceptance | Unsecured | $130.00 | $130.51 | $130.51 | $0 | $0 |
| Asset Acceptance | Unsecured | $192.00 | $224.94 | $224.94 | $0 | $0 |
| Asset Acceptance | Unsecured | $192.00 | $496.88 | $496.88 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Barnes Auto Finance | Unsecured | $2,449.00 | NA | NA | $0 | $0 |
| Beverly Holmes | Unsecured | $2,500.00 | NA | NA | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $68.00 | NA | NA | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $276.00 | NA | NA | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $188.00 | NA | NA | $0 | $0 |
| Cbe Group | Unsecured | $403.00 | NA | NA | $0 | $0 |
| Cda/Pontiac | Unsecured | $157.00 | NA | NA | $0 | $0 |
| Chase Receivables | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Check Recovery Systems | Unsecured | $133.00 | NA | NA | $0 | $0 |
| Check Recovery Systems | Unsecured | $158.00 | NA | NA | $0 | $0 |
| Citizens Bank | Unsecured | $1,315.00 | $1,315.02 | $1,315.02 | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $5,400.00 | $2,012.42 | $2,012.42 | $0 | $0 |
| Collection Company Of America | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Collection Company Of Athens | Unsecured | $395.00 | NA | NA | $0 | $0 |
| Collection Company Of Athens | Unsecured | $648.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $622.00 | $4,722.78 | $4,722.78 | $0 | $0 |
| Corporate Collection Service | Unsecured | $237.00 | NA | NA | $0 | $0 |
| Corporate Collection Service | Unsecured | $927.00 | NA | NA | $0 | $0 |
| Credit Management Co. | Unsecured | $332.00 | NA | NA | $0 | $0 |
| Credit Management Co. | Unsecured | $462.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $333.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $243.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $121.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $462.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $837.00 | NA | NA | $0 | $0 |
| Credit Solutions Corporation | Unsecured | $560.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $1,049.00 | NA | NA | $0 | $0 |
| Dept Of Defense | Unsecured | $1,193.00 | NA | NA | $0 | $0 |
| DFAS-IN-FJA | Unsecured | $1,193.00 | NA | NA | $0 | $0 |
| FMS Inc | Unsecured | $278.00 | NA | NA | $0 | $0 |
| Gloabl Payments | Unsecured | $192.00 | NA | NA | $0 | $0 |
| Gloabl Payments | Unsecured | $129.00 | NA | NA | $0 | $0 |
| Gloabl Payments | Unsecured | $140.00 | NA | NA | $0 | $0 |
| H & F Law | Unsecured | $175.00 | NA | NA | $0 | $0 |
| H & F Law | Unsecured | $54.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $92.00 | NA | NA | $0 | $0 |
| Illinois Dept Of Employment Security | Unsecured | $1,000.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | $593.00 | $593.13 | $593.13 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $258.26 | $258.26 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $1,179.00 | $1,052.54 | $1,052.54 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $420.00 | $618.00 | $618.00 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $569.00 | $569.00 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $723.00 | $723.49 | $723.49 | $0 | $0 |
| Medical Collections | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $565.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $90.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $622.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $404.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $189.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $708.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $83.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $3,360.00 | $3,457.46 | $3,457.46 | $0 | $0 |
| Paragon Way Inc | Unsecured | $725.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $1,567.00 | $1,592.29 | $1,592.29 | $0 | $0 |
| Peoples Energy Corp | Unsecured | $0 | NA | NA | $0 | $0 |
| Plaza Associates | Unsecured | $403.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $525.00 | $500.20 | $500.20 | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $750.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $125.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| --- | --- | --- | --- | --- | --- | --- |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $125.00 | $6,675.00 | $6,675.00 | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Regency Credit LLC | Unsecured | $740.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | $477.00 | $477.31 | $477.31 | $0 | $0 |
| Riddled Assoc P C | Unsecured | $404.00 | NA | NA | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $84.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $3,521.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $1,387.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $1,957.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $11,711.00 | $11,599.07 | $11,599.07 | $0 | $0 |
| Security Check, LLC | Unsecured | $181.00 | NA | NA | $0 | $0 |
| Swiss Colony | Unsecured | $565.00 | NA | NA | $0 | $0 |
| Swiss Colony | Unsecured | $225.00 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $1,200.00 | NA | NA | $0 | $0 |
| Tele-Collection Systems | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Torres Credit | Unsecured | $3,587.00 | NA | NA | $0 | $0 |
| Trez Pugh | Unsecured | $5,000.00 | NA | NA | $0 | $0 |
| U.S. Department Of Education | Unsecured | $6,798.00 | NA | NA | $0 | $0 |
| Unique National Collection | Unsecured | $192.00 | NA | NA | $0 | $0 |
| United Compucredit Collection | Unsecured | $74.00 | NA | NA | $0 | $0 |
| United Compucredit Collection | Unsecured | $131.00 | NA | NA | $0 | $0 |
| USA Discounters | Unsecured | NA | $4,052.34 | $4,052.34 | $0 | $0 |
| Veterans Administration | Unsecured | $5,000.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Village Of Oak Park | Unsecured | $2,000.00 | NA | NA | $0 | $0 |
| Wachovia Education Fin | Unsecured | $4,651.00 | $4,995.45 | $4,995.45 | $0 | $0 |
| West Asset Management | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Westlake Hospital | Unsecured | $923.00 | $923.72 | $923.72 | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $12,961.09 | $789.98 | $0 |
| All Other Secured | $1,300.00 | $0 | $0 |
| **TOTAL SECURED:** | $14,261.09 | $789.98 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $50,391.00 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,810.02 |
| Disbursements to Creditors | $789.98 |
| **TOTAL DISBURSEMENTS:** | $4,600.00 |

UST Form 101-13-FR-S (09/01/2009)

    12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: December 8, 2009      By:  /s/ MARILYN O. MARSHALL
                                                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.